IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02058-WYD-KLM

GABRIEL JOHNS,

    Plaintiff,

v.

PIONEER SAND COMPANY, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Vacate Scheduling/Planning Conference** [Docket No. 7; filed November 30, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Conference currently set for December 5, 2007 is **VACATED**.

    IT IS FURTHER **ORDERED** that Parties are to submit a stipulation for dismissal on or before **December 31, 2007**.

Dated:    November 30, 2007