IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02058-WYD-KLM

GABRIEL JOHNS,

    Plaintiff,

v.

PIONEER SAND COMPANY, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulated Motion for Dismissal With Prejudice (docket #15), filed January 18, 2008. After carefully reviewing the above-captioned case and the requirements set forth in Fed. R. Civ. P. 41(a)(1), I find that this motion should be granted. Accordingly, it is

ORDERED that the Stipulated Motion for Dismissal With Prejudice (docket #15) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

Dated: January 23, 2008

                                                  BY THE COURT:

                                                  s/ Wiley Y. Daniel
                                                  Wiley Y. Daniel
                                                  U. S. District Judge